**No. 54988.**—De Meo Bros. et al. *v.* United States, protests 149869–K, etc. (New York).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54989.**—The Ove Gnatt Co., Inc. *v.* United States, protest 154797–K (New York).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54990.**—Levantino Co. et al. *v.* United States, protests 159200–K (B), etc. (New York).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54991.**—Mundex Trading Corp. *v.* United States, protests 159512–K and 159513–K (New York).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54992.**—D. & A. Sclafani et al. *v.* United States, protests 159978–K, etc. (New York).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54993.**—Kachurin Drug Co. et al. *v.* United States, protests 162053–K (A), etc. (New York).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.